ORIGINAL

JOHN BELL F31817
NAME
415 US. HWY 49 NORTH G17-101
PRISON IDENTIFICATION / BOOKING NUMBER
TUTWILER, MS. 38963
ADDRESS OR PLACE OF CONFINEMENT

**NOTE:** It is your responsibility to notify the Clerk of Court in writing of any change of address.

**NOTE:** If represented by an attorney; his name, address and telephone number.

FILED
CLERK, U.S. DISTRICT COURT
MAR - 3 2015
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Fee Due

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOHN BELL
FULL NAME
*(Include name under which you were convicted)*

Petitioner,

v.

FRED FIGUEROA
NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER

Respondent.

CASE NUMBER:
EDCV15-00383 FMO(JC)
To be supplied by the Clerk of the United States District Court.

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**
28 U.S.C. § 2254

PLACE/COUNTY OF CONVICTION ______
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
*(List by case number)*

CV- ______
CV- ______
CV- ______

(If petitioner is attacking a judgment which imposed a sentence to be served in the *future*, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the *future* under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment)

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, and signed by the petitioner, under penalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition, except that ONE separate additional page is permitted in answering Question No. 10.

Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

If you are seeking leave to proceed in forma pauperis *(without paying the $5.00 filing fee and other court costs)*, then you must also complete and execute the declaration on the last two pages, setting forth information which establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and two (2) copies must be mailed to the Clerk of the United States District Court for the Central District of California, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, Attention: Intake/Docket Section.

LODGED
CLERK, U.S. DISTRICT COURT
FEB 27 2015
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Only one (1) sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

PLEASE COMPLETE THE FOLLOWING: *(Check appropriate number)*

This petition concerns:

1. ☐ A conviction.
2. ☒ A sentence.
3. ☐ Jail or prison conditions.
4. ☐ Prison discipline.
5. ☐ A parole problem.
6. ☐ Other.

**PETITION**

1. Venue
   (a) Place of detention TCCF/COCF TUTWILER, MS.
   (b) Place of conviction SAN BERNADINO COUNTY (RANCHO CUCAMONGA DISTRICT)
   (c) Place sentenced SAN BERNADINO RANCHO CUCAMONGA DISTRICT

2. Conviction on which the petition is based *(a separate petition must be filed for each conviction being attacked).*
   (a) Nature of offenses involved *(include all counts)* SECOND DEGREE ROBBERY; KIDNAPING; PRIOR CONVICTION(SECOND DEGREE ROBBERY)

   (b) Penal or other code section or sections: 212.5; 207(A)(1); 1170.12; 667(A)(1)

   (c) Case number: FWV120085
   (d) Date of conviction: 10.09.2012
   (e) Date of sentence: 11.05.2012
   (f) Length of sentence on each count: #3: 8 years (doubled);#2: 1year (doubled); #1: 1 year (doubled) enhancement for prior serious felony 5 year
   (g) Plea *(check one)*
   ☐ Not guilty
   ☐ Guilty
   ☒ Nolo Contendere

(h) Kind of trial: *(check one)*

☐ Jury
☐ Judge only
☐ Judge alone on transcript

(i) Did you testify at the trial?

☐ Yes ☐ No

3. Did you appeal from the conviction of sentence?

☒ Yes ☐ No

4. If you did appeal, give the following information for each appeal:

(a) (1) Name of court: THE CALIFORNIA COURT OF APPEAL 4th APP. DIV. 2

(2) Result: ABANDONMENT OF APPEAL

(3) Date of result: 5-14-2012

(4) Citation or number of opinion: case no. E057802

(5) Grounds raised *(list each)*:

(a) Tampering with evidence
(b) presentence credit issue
(c)
(d)
(e)
(f)
(g)

(b) (1) Name of court:

(2) Result:

(3) Date of result:

(4) Citation or number of opinion:

(5) Grounds raised *(list each)*:

(a)
(b)
(c)
(d)
(e)
(f)
(g)

5. If you did not appeal:

(a) State your reasons ______________________

(b) Did you seek permission to file a late appeal?

☐ Yes ☐ No

6. Other than a direct appeal, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?

☒ Yes ☐ No

7. If you answer to 6 was "Yes", give the following information:

(a) (1) Name of court: SUPERIOR COURT, COUNTY SAN BERNADINO (RANCHO DISTRICT)

(2) Nature of proceeding: HABEAS CORPUS

(3) Grounds raised: ILLEGAL?UNAUTHORIZED SENTENCE; PRE-SENTENCE CREDITS INEFFECTIVE ASSISTANCE OF COUNSEL

(4) Result: DENIED

(5) Date of result: JULY 9,2014

(6) Citation or number of any written opinions or orders entered pursuant to each such disposition.

CASE NO. WHCSS1400141

(b) (1) Name of court: CALIFORNIA COURT OF APPEAL 4th APP.DISTRICT DIV.2

(2) Nature of proceeding: HABEAS CORPUS

(3) Grounds raised: ILLEGAL?UNAUTHORIZED SENTENCE; INEFFECTIVE ASSISTANCE OF COUNSEL; PRE SENTENCE CREDITS

(4) Result: DENIED

(5) Date of result: 9-19-2015

(6) Citation or number of any written opinions or orders entered pursuant to each such disposition.

______________________

(c) (1) Name of court: CALIFORNIA SUPREME COURT

(2) Nature of proceeding: HABEAS CORPUS

(3) Grounds raised: ILLEGAL/UNAUTHORIZED SENTENCE; PRE-SENTENCE CREDITS; INEFFECTIVE ASSISTANCE OF COUNSEL

(4) Result: DENIED

(5) Date of result: JANUARY 14, 2015

(6) Citation or number of any written opinions or orders entered pursuant to each such disposition.
CASE NO. S222115

(8) Was an evidentiary hearing held?

☐ Yes ☒ No

If so, state the name of the court, and the result: ______

(9) If your answer to 6 was "No", explain briefly why you did not seek post-conviction relief in the state courts.

**CAUTION:** *Exhaustion Requirement*: In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted as to some grounds, you must first present all other grounds to the state court.

10. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly, the facts supporting each ground. If necessary, attach a **SINGLE** page only behind this page.

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(a) Ground one: INEFFECTIVE ASSISTANCE OF COUNSEL DURING SENTENCING AND ON APPEAL

Supporting FACTS (tell your story BRIEFLY without citing cases or law):

**CAUTION:** You must state facts, not conclusions, in support of your grounds. (e.g., if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do). A rule of thumb is - who did exactly what to violate your rights at what time or place.

COUNSEL FAILED TO OBJECT TO IMPOSITION OF KIDNAPPING CHARGE ALTHOUGH BARRED BY PENAL CODE SECT.654. FAILURE TO OBJECT TO SENTENCE BEING VIOLATIVE OF PEN. CODE 1170.1(A); INEFFECTIVE ASSISTANCE FOR FAILURE TO OBJECT TO IMPOSITION OF 5 YEAR PRIOR FOR "SERIOUS FELONY", WHEN THE SAID WAS CONSTITUTIONALLY INFIRM AND LACKING PROOF

(b) Ground two: THE SENTENCE AS IMPOSED AND COMTEMPLATED BY THE PROSECUTION IS VIOLATIVE OF BOTH STATE AND FEDERAL LAW.

Supporting FACTS (tell your story BRIEFLY without citing cases or law): THE SENTENCE IMPOSED IS IN VIOLATION OF 1170.1(A) IN THAT IT IS CONSTRUCTED SO AS TO HAVE THE ENAHNCEMENTS TOTAL MORE THAN THE BASE TERM. MOREOVER SENTENCE IMPOSED FOR PRIOR "SERIOUS FELONY" IS UNSUBSTANTIATED BY FACTS SUFFICIENT FOR PROOF. PETITIONER WAS NOT INFORMED THAT HE HAD A RIGHT TO A JURY TRIAL ON THE ALLEGED PRIOR "SERIOUS FELONY".

(c) Ground three: KIDNAPPING CHARGE IS IN VIOLATION OF PENAL CODE 654 AND THEREBY VIOLATIVE OF THE DUE PROCESS CLAUSE OF THE 14th AMENDMENT

Supporting FACTS (tell your story BRIEFLY without citing cases or law): THE PROSECUTION OFFERED A PLEA DEAL WHICH IN ITS CONSTRUCTION IS VIOLATIVE OF PENAL CODE 654's PROHIBITION OF PUNISHING AN ACT UNDER TWO DIFFERENT PROVISIONS OF LAW WHEN BARRED BY STATUE, THE ROBBERY OVERRUNS THE KIDNAPPING DUE TO IT BEING INCIDENTAL TO THE ROBBERY

(d) Ground four: THE COURT FAILED TO AWARD PRESENTENCE CREDITS ACCORDING TO NEWLY PASSED PRECEDENT

Supporting FACTS (tell your story BRIEFLY without citing cases or law): PETITIONER WAS ELIGIBLE TO RECEIVE DAY FOR DAY CREDITS BUT WAS NO AWARDED THE SAID. IN FACT THE DAY FOR DAY CREDITS WERE APART OF THE PLEA AGREEMENT.

11. If any of the grounds listed in 10 were not previously presented to this court or any other court, state briefly which grounds were not presented, and give your reasons:

12. Do you have any petition, appeal or parole matter pending in any court, either state or federal as to the judgment of conviction under attack?

☐ Yes ☒ No

13. Are you presently represented by counsel?

☐ Yes ☒ No

If so, name, address and telephone number: ______________________________

______________________________

______________________________

Case name and court: ______________________________

______________________________

______________________________

**WHEREFORE**, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

______________________________
*Signature of Attorney (if any)*

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on

2-20-2015
*Date*

______________________________
*Signature of Petitioner*

JOHN BELL
(Petitioner)

FRED FIGUEROA
(Respondent[s])

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS**

I, JOHN BELL, declare that I am the petitioner in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?

☐ Yes ☒ No

(a) If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. ______

(b) If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received. ______

2. Have you received, within the past twelve (12) months, any money from the following sources:

| | | |
|---|---|---|
| (a) Business, profession or form of self-employment? | ☐ Yes | ☒ No |
| (b) Rent payments, interest or dividends? | ☐ Yes | ☒ No |
| (c) Pensions, annuities or life insurance payments? | ☐ Yes | ☒ No |
| (d) Gifts or inheritances? | ☐ Yes | ☒ No |
| (e) Any other source? | ☐ Yes | ☒ No |

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve (12) months: ______

3. Do you own any cash, or do you have money in a checking or savings account?
*(Include any funds in prison accounts)*

☐ Yes ☒ No

If the answer is "yes", state the total value of the items owned: ______

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property?
*(Exclude ordinary household furnishings and clothing)*

☐ Yes ☒ No

If the answer is "yes", describe the property and state its approximate value: ______

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. ______

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on

2-20-2015
*Date*

______
*Signature of Petitioner*

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ 0 on account to his credit at the TCCF/COCF institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution:

SEE ATTACHED ACCOUNT SUMMARY (EXHIBIT A)

Dated: 2-21-2015

S. Speight
Authorized Officer of Institution

Library Aide
Title of Officer

# EXHIBIT COVER PAGE A

EXHIBIT

Description of this exhibit:

TRUST ACCOUNT SUMMARY

Number of pages to this Exhibit: 2 pages.

JURIDICTION: (Check only one)

_____ Municipal Court

_____ Superior Court

_____ Appellate Court

_____ State Supreme Court

__x__ United States District Court

_____ State Circuit Court

_____ United States Supreme Court

_____ Grand Jury

Offender Management System for Windows Version 6.5.0. You are logged into TALLAHATCHIE COUNTY CORR FACILITY

File Maintenance Batch Processing Accounting Inmate Xmodules Medical Reports ZHelp

Alerts: /DETAINER/SEC THREAT GRP MEMBER

Name BELL, JOHN

Agency ID# F31817 CCA # 2097410 Unit G Pod 17 Cell 101 Bed A

Agency CALIFORNIA DEPT. OF CORRECTIONS

Admit Date 03/09/2014 Rel. Date 00/00/0000

ICAS HIGH Admit Type 3



Alias | Charges | Classify | Clothing | Cmmsry Hist | Ctgry Lmt | Detainers | Education | Housing | ID#'s | Mail Log | Physical | Property | Questions | QTY Restrict | Release | $Rstrctions | Separates | Social | Status | **Transaction** | HXTrels | Visitation

☑ Include Balance on Receipt ☑ Inmate Receipt ☑ Include Cost Recovery Disbursement ☑ Include Officer Signature Line

| Trans Date/Time | Back Date/Time | Code | Switch | Trans Amount | Deposit From/Withdrawal To | Receipt# | Check # | Re |
|---|---|---|---|---|---|---|---|---|
| 02/13/2015 12:17 | | CT | 2 | 2.57 | STATE OF CA RESTITUTION 1 | 334756045 | | |
| 02/13/2015 07:39 | 02/05/2015 09:21 | JN | 1 | 4.68 | INMATE WAGES - JANUARY | 334674960 | OTHER | |
| 01/16/2015 12:57 | | CT | 2 | 5.72 | STATE OF CA RESTITUTION 1 | 334528472 | | |
| 01/16/2015 08:57 | 01/06/2015 07:57 | JN | 1 | 10.40 | INMATE WAGES - DECEMBER | 334415731 | OTHER | |
| 12/17/2014 14:47 | | CR | 2 | 5.55 | CCA RESTITUTION | 334278391 | | |
| 12/12/2014 10:11 | | CT | 2 | 6.16 | STATE OF CA RESTITUTION 1 | 334234262 | | |
| 12/12/2014 07:58 | 12/08/2014 15:16 | JN | 1 | 11.20 | INMATE WAGES - NOVEMBER | 334180831 | OTHER | |
| 12/01/2014 09:59 | | CO | 2 | 6.74 | COMMISSARY SUMMARY POSTING | 334103150 | | |
| 11/14/2014 10:54 | | CT | 2 | 7.04 | STATE OF CA RESTITUTION 1 | 333985492 | | |
| 11/14/2014 07:52 | 11/06/2014 10:03 | JN | 1 | 12.80 | INMATE WAGES - OCTOBER | 333899690 | OTHER | |
| 11/10/2014 10:21 | | CO | 2 | 7.51 | COMMISSARY SUMMARY POSTING | 333931647 | | |
| 10/14/2014 11:54 | | CRV | 2 | -2.69 | COMMISSARY SUMMARY REVERS/ | 333700065 | | |
| 10/13/2014 10:19 | | CO | 2 | 2.69 | COMMISSARY SUMMARY POSTING | 333686873 | | |
| 10/10/2014 11:13 | | CT | 2 | 7.04 | STATE OF CA RESTITUTION 1 | 333669889 | | |

Current Account Balance: **$6.95** Cost Recovery Balance: **$0.00**

Add | Delete | Undelete | Print | Search | Nextg | Receipt | Checks | Old Receipt | Reverse | Save | Abort

Ready

Server Agent

Pri...

Declaration Of Service By Mail

I, BRUCE THORNS declare that I am over the age of eighteen (18) and that I am not a party to this action. On 2-21 2015 I deposited a copy of the following document(s):
Habeas Coprus plus exhibit 3 copies total

In a sealed envelope with postage prepaid into the United States mail outlet located at Tallahatchie County Correctional Institution 415 U.S. Highway 49 North, Tutwiler, Mississippi 38963, and addressed as follows:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
UNITED STATESCOURT HOUSE
312 NORTH SPRING STREET
LOS ANGELES, CA. 90012
ATTN: INTAKE / DOCKET SECTION

I delcare under penalty of perjury pursuant to 28 U.S.C.A. § 1746 and State laws, that the foregoing is true and correct and that this declaration was executed at Tallahatchie County Correctional Facility, 415 U.S. Highway 49 North, Tutwiler, MS. 38963.

DATED: 2-21, 2015

Signature Bruce Thorns

MR. JOHN BELL F31817
TCCF. G17-101
415 U.S. HWY 49 NORTH
TUTWILER, MS. 38963




2254

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 27 2015
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
UNITED STATES COURT HOUSE
312 NORTH SPRING STREET
LOS ANGELES, CA. 90012
ATTN: INTAKE / DOCKET SECTION

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL

LEGAL

LEGAL MAIL

GAL MAIL

LEGAL MAIL