# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BELL,<br>　　　　Petitioner,<br>　　v.<br>FRED FIGUEROA,<br>　　　　Respondent. | Case No. ED CV 15-00383 FMO (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 20, 2015

　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE